RICHARD STONE, Appellant, v NORMAN STONE et al., Respondents.

Submitted June 4, 2007; decided June 12, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of INJAH E. TAFARI, Appellant, v ANTHONY F. ZON, as Superintendent of Wende Correctional Facility, et al., Respondents.

Submitted April 23, 2007; decided June 12, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.

MARIE C. VAVAL, Appellant, v NYRAC, INC., et al., Respondents.

Submitted April 23, 2007; decided June 12, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.